UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 70.121.169.45,<br><br>    Defendant. | Civil Case No. 5:23-cv-00061-JKP-HJB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 70.121.169.45, are voluntarily dismissed with prejudice.

Dated: April 27, 2023

Respectfully submitted,

By: */s/ Paul S. Beik*

Paul S. Beik
Beik Law Firm PLLC
917 Franklin Street, Suite 220
Houston, Texas  77002
Tel: (713) 869-6975
Fax: (713) 583-9169
paul@beiklaw.com
www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**

1